August 18, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SIGNORA LYNCH, Appellant

NO. 14-14-00186-CV                      V.

KAREN GEORGE-BAUNCHAND AND JOHN C. OSBORNE, Appellees

_____

This cause, an appeal from the order denying the motion to reinstate of appellant, Signora Lynch, signed February 14, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Karen George-Baunchand and John C. Osborne.

We further order this decision certified below for observance.